UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| TERRY MIKE GREEN<br>CAROL CURINGTON GREEN | 06-01948-8-JRL |
| DEBTORS | CHAPTER 7 |

## REPORT ON SMALL DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

    1.    That checks were issued to certain creditors in payment of dividends due in the distribution of the estate and that the following check(s) were for an amount less than $5.00:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Hudson's Hardware<br>Attn: Lee Hudson<br>305 Benson Rd.<br>Garner, NC 27529 | $ 3.97 |
| Four Oaks Bank and Trust<br>Attn: Managing Agent/Officer<br>P. O. Box 309<br>Four Oaks, NC 27524 | $ 2.11 |
| Top Shelf Containers<br>Attn: Managing Agent/Officer<br>P. O. Box 1027<br>Clayton, NC 27528 | $ 3.06 |
| Fast Lane Auto Care<br>Attn: Managing Agent/Officer<br>101 Bestwood Dr., Ste. 200<br>Clayton, NC 27520 | $ 3.75 |
| BellSouth Advertising & Publishing Corp.<br>Attn: Managing Agent/Officer<br>P. O. Box 95364<br>Atlanta, GA 30347 | $ 1.28 |

| | |
|---|---|
| First Citizens Bank & Trust Co. of NC<br>Attn: Managing Agent/Officer<br>Attn: Kenny Wendel<br>P. O. Box 28203<br>Raleigh, NC  27611 | $ 3.17 |

    2.  That pursuant to Bankruptcy Rule 3010(a) the undersigned trustee herewith submits said funds in the total amount of $17.34 to the Court.

Dated:   October 26, 2010            POYNER SPRUILL LLP

                                               By:     <u>S/   David M. Warren</u>
                                                                 David M. Warren
                                                                 N.C. State Bar No. 12581
                                                                 Attorneys for Trustee
                                                                 Post Office Box 1801
                                                                 Raleigh, NC  28602
                                                                 Telephone: (919) 783-6400
                                                                 Facsimile: (919) 783-1075

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age and the

Report on Small Dividends

was this day served upon the below named persons, parties and/or counsel by mailing, postage prepaid, first class mail, a copy of such instruments to such persons, parties and/or counsel at the address shown below:

Bankruptcy Administrator
P. O. Drawer 3758
Wilson, NC  27895

Hudson's Hardware
Attn:  Lee Hudson
305 Benson Rd.
Garner, NC  27529

Four Oaks Bank and Trust
Attn:  Managing Agent/Officer
P. O. Box 309
Four Oaks, NC  27524

Top Shelf Containers
Attn:  Managing Agent/Officer
P. O. Box 1027
Clayton, NC  27528

Fast Lane Auto Care
Attn:  Managing Agent/Officer
101 Bestwood Dr., Ste. 200
Clayton, NC  27520

BellSouth Advertising & Publishing Corp.
Attn: Managing Agent/Officer
P. O. Box 95364
Atlanta, GA  30347

First Citizens Bank & Trust Co. of NC
Attn: Managing Agent/Officer
Attn:  Kenny Wendel
P. O. Box 28203
Raleigh, NC  27611

Dated: October 26, 2010                               POYNER SPRUILL LLP

                                                                             By:    S/ David M. Warren
                                                                                              David M. Warren
                                                                                              N.C. State Bar No. 12581
                                                                                             Attorneys for Trustee
                                                                                             Post Office Box 1801
                                                                                             Raleigh, NC  28602
                                                                                             Telephone: (919) 783-6400
                                                                                             Facsimile: (919) 783-1075